In the Matter of 700 CENTRAL PARK AVE. CORPORATION, Appellant, v. NICHOLAS R. RUSSO et al., Constituting the Town Board of the Town of Greenburgh, et al., Respondents.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.